# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**MARK K. WELCH**,

v.

**SUMMONS IN A CIVIL CASE**

MCNEIL &AMP; MEYERS RECEIVABLES MANAGEMENT GROUP, LLC,

CASE NO: 1:20−CV−00138−DAD−BAM

TO: **McNeil & Meyers Receivables Management Group, LLC**
Defendant's Address:

> 3525 N. Causeway Blvd., Suite 833
> Metairie, Louisiana 70002

**YOU ARE HEREBY SUMMONED** and required to serve on

Nicholas Michal Wajda
6167 Bristol Parkway
Suite 200
Culver City, CA 90230

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
_____
CLERK

/s/ S. Sant Agata
_____
(By) DEPUTY CLERK

ISSUED ON 2020−01−27 14:56:54.0 , Clerk
USDC EDCA



## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  2-7-2020 |
| NAME OF SERVER (PRINT)  EDMUND PREVOST | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left copies at office with a Representative named Monica 2-7-20, 12:15 pm 3525 N. Causeway Blvd #833, Metairie LA 70002

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-7-2020
                  Date

Signature of Server

PO Box 1178
Mandeville, LA 70471
Address of Server