Wajda Law Group, APC
Nicholas M. Wadja
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facismile: (866) 286-8433
Email: nick@wajdalawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK K. WELCH, | Case No. 1:20-cv-00138-DAD-BAM |
| Plaintiff, | **MOTION FOR ENTRY OF DEFAULT** |
| v. | |
| MCNEIL & MEYERS RECEIVABLES MANAGEMENT GROUP, LLC, | |
| Defendant. | |

**To the Clerk of the U.S. District Court for the Eastern District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff MARK K. WELCH, requests that the Clerk enter the default of Defendant MCNEIL & MEYERS RECEIVABLES MANAGEMENT GROUP, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: March 2, 2020                          Respectfully submitted,

                                              s/ Nicholas M. Wajda
                                              Nicholas M. Wajda
                                              *Counsel for Plaintiff*
                                              Sulaiman Law Group, Ltd.
                                              2500 South Highland Avenue, Suite 200
                                              Lombard, Illinois 60148
                                              (630) 568-3056 (phone)
                                              (630) 575-8188 (fax)

1

nick@wajdalawgroup.com

## **CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for Plaintiff, certifies that on March 2, 2020, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served on all parties of record via CM/ECF, electronic mail and by U.S. Certified mail to the following addresses:

McNeil & Meyers Receivable Management Group, LLC
3525 North Causeway Blvd., Suite 833
Metairie, Louisiana 70002

McNeil & Meyers Receivable Management Group, LLC
Attn: Jeff Hurley, Senior Partner and Chief Executive Officer
3525 North Causeway Blvd., Suite 833
Metairie, Louisiana 70002
jhurley@mcneilmeyers.com

McNeil & Meyers Receivable Management Group, LLC
Attn: Mark Patterson, Chief Operating Officer
3525 North Causeway Blvd., Suite 833
Metairie, Louisiana 70002
mpatterson@mcneilmeyers.com

              Respectfully submitted,

              s/ Nicholas M. Wajda
              Nicholas M. Wajda